IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FERESHTEH GOLIPOUR,<br><br>    Plaintiff,<br>v.<br><br>SAYYED HOSSEIN MOGHADDAM,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:19-cv-00035-DN-PK<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT

this action is DISMISSED without prejudice.

Signed December 14, 2020.

BY THE COURT:

_____
David Nuffer
United States District Judge